IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

AUG 01 2000

CLERK, U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

DRAPHY DURGINS,

    Plaintiff,

    -vs-    No. 97-933 WLB

CITY OF EAST ST. LOUIS; EAST
ST. LOUIS POLICE DEPARTMENT;
CHIEF OF POLICE COLONEL ISADORE
CHAMBERS; OFFICER AUBREY KELLER;
Individually and as Agent, Employee,
and Servant of EAST ST. LOUIS POLICE
DEPARTMENT; and OFFICER BOBBY COLE,
Individually and as Agent, Employee,
and Servant of EAST ST. LOUIS POLICE
DEPARTMENT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    **JURY VERDICT.** This action came before the Court for a trial by jury from September 27, 1999, to September 30, 1999. The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, **Draphy Durgins**, and against the Defendant, **City of East St. Louis, IL**, in the amount of $150,000.00.

    **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, **Draphy Durgins**, and against the Defendant, **Isadore Chambers**, in the amount of $25,000.00.

    **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, **Draphy Durgins**, and against the Defendant, **Aubrey Keller**, in the amount of $10,000.00, plus

102

punitive damages in the sum of $5,000.00.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, **Draphy Durgins**, and against the Defendant, **Bobby Cole**, in the amount of $10,000.00, plus punitive damages in the sum of $5,000.00.

**DECISION BY THE COURT.** Defendant, **East St. Louis Police Department**, is hereby dismissed.

Further, this action came before the Court on December 16, 1999, for a Bench Trial on Reinstatement.

**IT IS ORDERED AND ADJUDGED** that Plaintiff, **Draphy Durgins**, be reinstated to her former position, with the same seniority and salary.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff, **Draphy Durgins**, be awarded attorney's fees in the sum of $32,050.00.

AUGUST 1st 2000

APPROVED:

_____
WILLIAM L. BEATTY
U.S. DISTRICT JUDGE

NORBERT G. JAWORSKI, CLERK

BY: _Deborah Weiss_
Deputy Clerk