FILED
SEP 29 2000
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DRAPHY DURGINS,<br><br>      Plaintiff,<br><br>-vs<br><br>CITY OF EAST ST. LOUIS; EAST ST. LOUIS POLICE DEPARTMENT; CHIEF OF POLICE COLONEL ISADORE CHAMBERS; OFFICE AUBREY KELLER, individually and as agent, employee and servant of EAST ST. LOUIS POLICE DEPARTMENT; and OFFICER BOBBY COLE, individually and as agent, employee and servant of EAST ST. LOUIS POLICE DEPARTMENT,<br><br>      Defendants. | No. 97 933 WLB |

This matter is before the court on Defendants Cole and Keller's Motions to Amend Judgment and Motion to Renew Motions for Judgment, (Doc.'s 103 and 106). On September 12, 2000, this court addressed the Motion to Amend Judgment, (paragraph 10 of the pleadings) and granted this aspect of these pleadings. An amended judgment was entered on September 12, 2000. Thus, the only issues remaining are the Motions to Renew Motions for Judgment.

The Motions to Renew Motions for Judgment are identical to each other and to the previously filed Motions to Amend Judgment and Motions to Renew Motion for Judgment, (Doc.'s 74 and 76). On February 15, 2000 this court entered an order denying these motions. Nothing has been presented to the court to establish that the February 15, 2000 ruling should be revisited. Accordingly, based upon this court's order of February 15, 2000, the Motions to Amend Judgment and Motions to

Renew Motions for Judgment, (Doc.'s 103 and 106), are denied.

IT IS SO ORDERED.

DATED: This 29 day of September, 2000.

_____
WILLIAM L. BEATTY
UNITED STATES DISTRICT JUDGE